IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Carter, Yvette R

Printed: 12/10/08

Case Number: 08 B 00315
Judge: Squires, John H
Filed: 1/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2008
Confirmed: March 26, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,175.00 |  |
| Secured: |  | 59.99 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,038.62 |
| Trustee Fee: |  | 76.39 |
| Other Funds: |  | 0.00 |
| Totals: | 1,175.00 | 1,175.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 1,038.62 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 1,541.91 | 45.00 |
| 4. | City Of Chicago | Secured | 285.00 | 14.99 |
| 5. | Wilshire Credit Corp | Secured | 20,782.77 | 0.00 |
| 6. | Debt Recovery Solutions | Unsecured | 16.15 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 35.00 | 0.00 |
| 8. | Best Source Credit Union | Unsecured | 1,001.06 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 137.91 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 105.07 | 0.00 |
| 11. | Illinois Title Loans | Unsecured | 142.23 | 0.00 |
| 12. | Capital One | Unsecured | 84.92 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 163.13 | 0.00 |
| 14. | MCI | Unsecured | 41.78 | 0.00 |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Medical Collections | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Medical Collections | Unsecured |  | No Claim Filed |
| 20. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 21. | MRSI | Unsecured |  | No Claim Filed |
| 22. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 23. | MRSI | Unsecured |  | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 26. | MRSI | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Carter, Yvette R

Printed: 12/10/08

Case Number:  08 B 00315
Judge: Squires, John H
Filed: 1/8/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. TCF Bank | Unsecured | | No Claim Filed |
| | | $ 27,829.93 | $ 1,098.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 75.33 |
| 6.6% | 1.06 |
| | $ 76.39 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

